"KAREN MITCHELL MAUSAND CASE FOR VERY IMPORTANT INFO FROM ME ASIT IS VERY DANGEROUS

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

"CENTRIFUGAL SOURCE, POWER, ENERGY, FREQUENCY, LIGHT, GRAVITY INTENSITY, GOD, JESUS, SHIRDI SAI BABA SRI SAI (COSMIC MAN OGAM)

SOURCE - KENNETH CHADWELL FRIEDMAN (@SUBHAKARSAM)

Plaintiff

UN GOVERNMENT

3-20CV1054-C

Civil Action No.

v.

KELLY RENTZEL, HANNA REBECCA, RUTHER FORD REBECCA, BARBARA M GLYNN, EMILY HICKMAN, SUBHAKAR SAM SURAPANENI, US GOVERNMENT, NEW YORK LIFE, DAVID JOHNSON, MICHAEL SCOVEL, LAURA JOHNSON

Defendant

## COMPLAINT

Dear Karen Mitchell, RUTHERFORD REBECCA IS A SERIAL KILLER WHO IS HELPING ANOTHER KILLER "RENTZEL KILLER" KELLY REBECCA RENTZEL WHO IS GOING BY NAME KELLY RENTZEL WHO IS ACTUAL WIFE OF ANOTHER SERIAL SEXUAL PROSTITUTE AND SERIAL KILLER SUBHAKAR SAM SURAPANENI WHO ALREADY KILLED "MOHAN KUMAR RAVI AND HIS PARENTS" MALLE SWAPA RAO RAVI, MADHURA VANI RAVI FOR THEIR PROPERTY AND FOR MY REJECTION ATTACHED TO IT TO SUPPORT THE RAVI MOHAN FAMILY ESPECIALLY. SUBHAKAR SAM SURAPANENI KILLED THE FAMILY INFRONT OF MY EYES ON 07/01/2002 AT 11:11AM IN KARIM NAGAR AND DRAGGING ALL THREE FOUR OF US BY ROPING WITH ELECTRIC THROWES STARTING FROM KARIM NAGAR TO HYDERABAD WHILE FIRING SWAPNA BUDDIDHA WITH THEIR BABIES FROM KARIM NAGAR TO ALL OVER INDIA TO GET

* Attach additional pages as needed.

Date: 04/28/2020

Signature: KENNETH CHADWELL FRIEDMAN

Print Name: KENNETH CHADWELL FRIEDMAN

Address: STREETS BECAUSE OF TRUE REBECCA RUTHER FORD COT KILLED BY KELLY RENTZEL AND

City, State, Zip: REBECCA HANNA AND MASS MURDER TEAM

Telephone: THAT I CAME ACROSS IN MY RECENT KIDNAP AND MURDER DONE BY THEIR BOSS EMILY HICKMAN WHO IS POP DRUG ADDICT AND SERIAL KILLER

AND ALL OTHER COMPANIES WHERE BOTH OF THEIR HIS DAUGTHERS "KENNETH CHADWELL", "SWAPNA*EL RODDIKA WHO GOT ALREADY RAPED BY THEM ALREADY". FOR KENNETH CHADWELL BEING "THE KING ALIZEBRETH AND JKF JFK KENNEDY WHO IS ACTUAL PRESIDENT NENDELA NELSON GREGARM BOSHY BRUSH KING ELIZABETH "OWNER OF UNIVERSE AND CREATOR SRI MAHA LORD VISHNU" WHO IS CALLED BY PEOPLE "PRESIDENT BUSH" SINCE 01/07/1992 AS ACCREDITED BY EXAMS WRITTEN ME IN ELCENTRO COLLEGE WHERE THE SCORE CARDS ARE THEFTED BY MORGAN ARRINGTON AND OTHERS WHEN I HIDED THEM IN FTWN FEDERAL COURT OF DALLAS AND CANADA IN MY NATIVE PLACE "ALASKA", AND IN FORTWORTH AND LOTS OF MONEY IN MY OWN FEBERAL RESEREVE BANK IN DALLAS AND IRS, USCIS BEING OWNER OF EACH AND EVERYONE FOR BEING ONLY ONE UNIVERESAL KING ALONG WITH BEING ONE AND ONLY MR AND MISS UNIVERSE OF ALL COUNTRIES AND UN GOVERNMENT WHO IS WITNESS AND VICTIM OF MASS MASCAR MURDER IN DALLAS TEXAS USING SEAGAS THAT ARE STEALED BY MORGAN ARRING TONTON WHO IS RANJANI RAJANI/MORGAN ARRINGTON EVERYDAY FROM DALLAS DOWNTOWN FROM YOUNG STREET AND SELL THEM TO PEOPLE FOR DRUGS FROM INDIA OUR SEAS FROM SUBHAICAR SURAPENENI.

ME KILLED FOR SENTENCING HIM TO DEATH IN HUNTSVILLE EXECUTION CENTER FOR HIS AND DONALD TRUMPH RAPPED GE RELATIONSHIP AGAINST SOCIETY AND COMMUNITY WHEN THERE IS NO CHANCE OF KILLING (OR) GAY (OR) LESBIAN (OR) CHILD LABOR (OR) CHILD PROSECUTION (OR) SEXUAL HARASSMENT IN 1992 WHERE BOTH ARE ALREADY MARRIED TO REBECCA RUTHER FORD AND JASON SMITH, ALEX KIYABU, CINDI HERNANDEZ, PATTI WALKOVER DASHA BARTON'S FAMILY, CHADALAVADA, GINGIPALLI, DEVABHAKTUNI, MADPALI'S AND MORE IN INDIA, GUPTA'S FAMILY, BARBARBAR M G LYNN, RENEE TOLIVER, MORGAN ARLINGTON, EDWARD CULLEN, KRISTINE STEWART AND ALL LADIES OF MANOR MANISON, ONE MAIN" AND RAPPED SR JUDGE "JOE A FISH" EACH AND EVERY IN PARK MEMORIAL HOSPITAL BY FORCING TO MARRY EACH AND EVERYONE EVERYDAY AND LICK THREE "VAGINA'S, DRINK PEEPE, POOPE AND FIRE HIS TESTICLES AND PENIS AND PRAY VAGINA OF EVERY ONE BY LICKING THE ANUS OF FOLLOWING LADIES" DAWI KELLEY, REBECCA HANNA, PATTI WALKOVER, ALL CONCENTRA EMPLOYEES BY ROBBING HIS PENIS AND TESTICLES IN BETWEEN THE STAFF AND PATTIENTS BOOBS WHILE HE IS LICKING THEIR VAGINAS AND PUTTING HIS FINGER IN TO THEIR ANUS BY RUBBING HIS ANUS TO DOWN FLOOR FOR HIM BEING FOUNDER AND OWNER OF CONCENTRA, NEW YORK LIFE, HEALTH MARKETS, CHASE, BANK OF AMERICA

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** SOURCE - KENNETH CHADWELL FRIEDMAN

**DEFENDANTS** KELCY RENTZEL HANNA REBECCA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED APR 28 2020 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

3-20CV1054-C

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** |  | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation |  | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty / **Other:** | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

**V. ORIGIN** *(Place an "X" in One Box Only)*   TODAY OR TOMORROW

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* MURDER CASE OF ACTUAL JUDGE REBECCA

Brief description of cause: NEED PROCEEDING IMMEDIATELY FACTION

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE KAREN MITCHELL, JOE A FISH DAVID C GODBEY
DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____